**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00558-CR

————————————

**ISSAC LEE WELLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 119th District Court**
**Tom Green County, Texas**
**Trial Court Case No. B-17-0698-SB**

---

## MEMORANDUM OPINION

This is an attempted appeal from a conviction for two counts of harassment of a public servant. The trial court imposed appellant's sentence on February 27, 2018. The trial court certified that this was not a plea-bargain case and that appellant

had the right to appeal. Appellant timely filed a motion for new trial on March 16, 2018, but he did not file a notice of appeal until June 14, 2018. This was too late.

In criminal cases in which a party timely files a motion for new trial, the appellant must file a notice of appeal "within 90 days after the day sentence is imposed." TEX. R. APP. P. 26.2(a)(2). Thus, the deadline for filing the notice of appeal here was May 29, 2018. Appellant filed his notice of appeal on June 14, 2018. Thus, his notice of appeal was not timely filed. Without a timely-filed notice of appeal, we lack jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

Rule 26.3 permits an appellate court to extend the time to file the notice of appeal if appellant files a motion for extension of time within 15 days of the deadline for filing the notice of appeal. *See* TEX. R. APP. P. 26.3. Although appellant stated that he intended to file a motion for extension of time, this record contains no such motion, and no motion for extension may be implied in criminal cases. *See Lair v. State*, 321 S.W.3d 158, 159 (Tex. App.—Houston [1st Dist.] 2010, pet. ref'd) (citing *Olivo*, 918 S.W.2d at 523).

Accordingly, we dismiss this appeal for lack of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.

2

Do not publish. TEX. R. APP. P. 47.2(b).